Marc I. Gross
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN AVERY, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>      v.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, PRADEEP S. SINDHU, ROBYN M. DENHOLM and GENE ZAMISKA<br><br>           Defendants. | No. 13-cv-03733-WHO<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

The parties hereby stipulate as follows:

**WHEREAS**, on August 12, 2013, Plaintiff commenced this putative class action for alleged violation of the federal securities laws, ("Complaint"), Dkt. No. 1;

**WHEREAS**, on October 11, 2013, Plaintiff filed an unopposed motion for appointment as lead plaintiffs pursuant to the Private Securities Litigation Reform Act, Dkt. No. 7;

**WHEREAS**, on October 29, 2013, the parties filed a Stipulation and Proposed Order setting the schedule for filing a Consolidated Amended Class Action Complaint and setting a briefing schedule for the Motion to Dismiss("Stipulation"), Dkt. No. 11;

**WHEREAS**, on October 30, 2013, the Court ordered, pursuant to the Stipulation, that

STIPULATION AND ORDER EXTENDING FILING OF AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON MOTION TO DISMISS

Plaintiffs shall have forty-five (45) days to file their Amended Complaint from the date the Court orders appointment of Lead Plaintiff and that briefing on the motion to dismiss shall follow, giving each party 45 days to file their opening motion and opposition, respectively, and giving defendants 30 days to file their reply brief.  Dkt. No. 13. The Order specifically provides that "The dates December 21, 2013 to January 1, 2014, inclusive, shall not be counted when calculating" the time-frames for the Amended Complaint and Motion to Dismiss briefing. *Id.*, ¶ 5. The Order also provides that after the Court appoints Lead Plaintiff, that the parties meet and confer regarding the specific deadline dates ("given the foregoing provision to accommodate the holidays") and to select a mutually agreeable hearing date, Dkt. No. 13, ¶ 6.

**WHEREAS**, on November 12, 2013, the Court appointed Warren Avery as Lead Plaintiff and approved the selection of Pomerantz Grossman Hufford Dahlstrom & Gross LLP as lead counsel and the law firm of Glancy Binkow & Goldberg LLP as liaison counsel, Dkt. No. 14;

**WHEREAS**, pursuant to the Stipulation, Plaintiffs Consolidated Amended Complaint would be due on January 8, 2014.

**WHEREAS**, the parties have met and conferred regarding the deadlines and have agreed to revise the specific deadline dates as follows:

Amended complaint due:  January 17, 2014;

Motion(s) to dismiss due:  March 5, 2014;

Opposition brief(s) due:  April 21, 2014;

Reply brief(s) due:  May 23, 2014;

Hearing on Motion to Dismiss: June 25, 2014.

STIPULATION AND ORDER EXTENDING FILING OF AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON MOTION TO DISMISS

NOW, THEREFORE, the undersigned parties hereby stipulate that they approve as to form the proposed order attached hereto.

**IT IS SO STIPULATED**.

Dated: November 19, 2013

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**

/s/ *Leigh Handelman Smollar*
Patrick V. Dahlstrom
Leigh Handelman Smollar
Louis C. Ludwig
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184

Marc I. Gross
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email: jalieberman@pomlaw.com

*Counsel for Lead Plaintiff Warren Avery*

*I, Leigh Handelman Smollar, an the ECF user whose ID and password are being used to file this Stipulation and [Proposed Order] Extending Time to File Consolidated Amended Complaint and Setting Briefing Schedule on Motion to Dismiss.  In compliance with Civil Local Rule 5-1(i)(3), I attest that Joni Ostler, Counsel for Defendants, has concurred in this filing*

Dated: November 19, 2013

**WILSON SONSINI GOODRICH & ROSATI**

By: */s/ Joni Ostler*

*Counsel for Defendant Juniper Networks, Inc.*

STIPULATION AND ORDER EXTENDING FILING OF AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON MOTION TO DISMISS

**ORDER**

Pursuant to Stipulation, it is SO ORDERED:

The Consolidated Amended complaint shall be due on January 17, 2014;

The Motion(s) to dismiss shall be due on March 5, 2014;

Opposition brief(s) shall be due on  April 21, 2014;

Reply brief(s) shall be due on May 23, 2014;

Hearing Date:  June 25, 2014

Dated:  __November 22_____, 2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE
Northern District of California

STIPULATION AND ORDER EXTENDING FILING OF AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on the of November 19, 2013, I caused to be served electronically the foregoing Stipulation and [Proposed] Order *Extending* Time to File Consolidated Amended Complaint and Setting Briefing Schedule on Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Leigh Handelman Smollar*
Leigh Handelman Smollar

STIPULATION AND ORDER EXTENDING FILING OF AMENDED COMPLAINT
AND BRIEFING SCHEDULE ON MOTION TO DISMISS