UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN AVERY, Individually and on behalf of Other Persons Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JUNIPER NETWORKS, INC., KEVIN R. JOHNSON, PRADEEP S. SINDHU, ROBYN M. DENHOLM, and GENE ZAMISKA,<br><br>　　　　　　　Defendants. | No. CV 3:13-3733-WHO<br><br>ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES |
| This Document Also Relates To:<br><br>WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of JUNIPER NETWORKS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT KRIENS, et al.<br><br>　　　　　　　Defendants,<br><br>　– and –<br><br>JUNIPER NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　　Nominal Party. | No. 5:13-cv-04829-PSG |

895673_1

1. *Washtenaw County Employees' Retirement System v. Kriens*, et al., Case No. 13-cv-04829-PSG, is hereby related to *Warren Avery v. Juniper Networks, Inc.*, Case No. 13-cv-03733-WHO; and

2. *Washtenaw County Employees' Retirement System v. Kriens, et al.*, Case No. 13-cv-04829-PSG, is reassigned to the Honorable William H. Orrick.

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: December 10, 2013

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE