UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN AVERY,<br><br>    Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-03733-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 19 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed without prejudice. The Clerk shall close the case.

Dated: January 23, 2014

WILLIAM H. ORRICK
United States District Judge